UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GYM LAUNCH SECRETS LLC, | CASE NO. C17-1773-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TATE NORRIS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 5, 2018, the Court issued an order granting Plaintiff leave to serve Defendant by publication. (Dkt. No. 12.) There is no indication in the record that Plaintiff has since served Defendant. Therefore, the Court hereby VACATES the status conference set for April 3, 2018. (*See* Dkt. No. 7.) Plaintiff is ORDERED to file a status report on his efforts to date to prosecute this case within ten (10) days of the issuance of this order. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

DATED this 27th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk