UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GYM LAUNCH SECRETS, LLC, | CASE NO. C17-1773-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TATE NORRIS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Tate Norris's motion for court-appointed counsel (Dkt. No. 20). Norris filed an application intended for plaintiffs in civil rights cases. Norris is neither a plaintiff nor is this case a civil rights action. Further, the record does not show that Norris has been granted leave to proceed *in forma pauperis*, and Norris has not completed and attached a financial affidavit as required by the filed application. (*See id*. at 4.)

For these reasons, Norris's motion for court-appointed counsel (Dkt. No. 20) is DENIED. If Norris chooses to refile his motion for court-appointed counsel, he must submit the proper documentation.

DATED this 29th day of August 2018.

1                                                                  William M. McCool
                                                                 Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-1773-JCC
PAGE - 2