1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GYM LAUNCH SECRETS LLC,

        Plaintiff,

    v.

TATE NORRIS,

        Defendant.

CASE NO. C17-1773-JCC

ORDER

This matter comes before the Court on Plaintiff Gym Launch Secrets's motion for default judgment against Defendant Tate Norris (Dkt. No. 19). The Court has considered the motion and the relevant record. Based upon the foregoing, the Court FINDS that:

(1) Defendant was properly served in this matter on, at latest, April 11, 2018 (Dkt. Nos. 15, 16);

(2) The Clerk entered an order of default against Defendant on June 20, 2018 (Dkt. No. 18);

(3) Defendant has failed to appear or otherwise defend this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, Plaintiff's motion for default judgment (Dkt. No. 19) is GRANTED in its entirety. The Court ORDERS the following:

(1) Defendant is permanently enjoined from using, communicating, disclosing, converting, appropriating, retaining, selling, transferring, or copying Plaintiff's copyrighted works, as defined in the Complaint (Dkt. No. 1);

(2) Defendant is permanently enjoined from using, communicating, disclosing, converting, appropriating, retaining, selling, transferring, or copying Plaintiff's trade secrets, as defined in the Complaint (Dkt. No. 1).

The Clerk is DIRECTED to close this case.

DATED this 24th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE